# Third District Court of Appeal

## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1457
Lower Tribunal No. F85-22623A

————————

**Willie Lee Harper,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Willie Lee Harper, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.  <u>See</u> Fla. R. Crim. P. 3.801(b) (providing: "No motion [for correction of credit for time spent in the county jail before sentencing] shall be filed or considered pursuant to this rule if filed more than 1 year after the sentence becomes final.")